FILED
June 28, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Fidel Morales__
DEPUTY

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Clemente Palacios-Ortiz<br><br>*Defendant(s)* | Case No.<br><br>**EP:24-M-02729-MAT** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 27, 2024__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1): | Defendant did, knowingly and intentionally possess with the intent to distribute approximately 5 gross kilograms of methamphetamine. |

This criminal complaint is based on these facts:
See attached Affidavit, which is marked Attachment "A", and which is incorporated by reference as if fully set out herein.

☑ Continued on the attached sheet.

Complaint sworn to telephonically on __June 28, 2024__ at __02:00 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*
Jesse Donacio, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/28/2024__

*Judge's signature*

City and state: __El Paso, TX__   Miguel A. Torres, United States Magistrate Judge
*Printed name and title*

ATTACHMENT "A"

AFFIDAVIT

I, Jesse Donacio, Affiant, being duly sworn, state that the following information is true and correct to the best of my knowledge and belief. Since this affidavit is being submitted for the limited purpose of establishing probable cause, your Affiant has not included each and every known fact regarding this investigation. More specifically, your Affiant has set forth only pertinent facts that your Affiant believes are necessary to establish probable cause.

FACTS

In June of 2024, a Drug Enforcement Administration (DEA) undercover agent was in contact with a methamphetamine source of supply identified as Clemente PALACIOS-Ortiz who was operating out of El Paso, Texas. During negotiations with the undercover agent, PALACIOS-Ortiz agreed to sell the undercover agent 3 kilograms of methamphetamine for $7,500. PALACIOS-Ortiz agreed to deliver the methamphetamine to the undercover agent on June 27, 2024 at a location in El Paso, Texas, which is a location within the Western District of Texas.

On June 27, 2024 at approximately 11:00am, in anticipation of the delivery by PALACIOS-Ortiz, agents established surveillance at the meet location. At approximately 12:15pm, PALACIOS-Ortiz contacted the undercover agent and stated he was on his way. At approximately 12:40pm, a black Chevrolet Cobalt entered the parking lot of the meet location and parked near the undercover vehicle. PALACIOS-Ortiz was driving the black Chevrolet Cobalt. There was also a male passenger in the vehicle. PALACIOS-Ortiz exited the Chevrolet Cobalt and met with the undercover agent at the trunk of the Chevrolet Cobalt to verify the methamphetamine, which PALACIOS-Ortiz had in his possession. Once the methamphetamine was verified, agents placed PALACIOS-Ortiz under arrest.

Agents transported PALACIOS-Ortiz to the Texas Department of Public Safety State Building for an interview. Once there, PALACIOS-Ortiz was read his Miranda Rights, which he waived and he agreed to speak to the agents. PALACIOS-Ortiz admitted to knowingly transporting the methamphetamine and stated he was going to get paid for delivering the methamphetamine. The interview was audio recorded.

During the interview, agents asked PALACIOS-Ortiz if there were any narcotics at his residence. PALACIOS-Ortiz advised agents that there was approximately two kilograms of methamphetamine at his residence, which is located in El Paso, Texas. Agents requested from and were granted consent by PALACIO-Ortiz to search PALACIOS-Ortiz's residence. During a subsequent search of PALACIOS-Ortiz's residence, agents recovered approximately two gross kilograms of methamphetamine.

AUSA Phillip Countryman approved prosecution for Clemente PALACIOS-Ortiz.

_____
Jesse Donacio
DEA Special Agent


_____
HONORABLE MIGUEL A. TORRES
United States Magistrate Judge